[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 1239.]

AKRON BAR ASSOCIATION *v*. COOMBS.

[Cite as *Akron Bar Assn. v. Coombs*, 2000-Ohio-371.]

(No. 98-2656—Submitted and decided April 18, 2000.)

ON APPLICATION FOR TERMINATION OF PROBATION.

———————————

{¶ 1} On April 28, 1999, this court suspended respondent, Robert J. Coombs, for six months, with six months stayed and respondent placed on six months of probation. On March 27, 2000, respondent filed an application for termination of probation. The court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its April 28, 1999 order.

{¶ 2} THEREFORE, IT IS ORDERED by the court that the probation of Robert J. Coombs, Attorney Registration No. 0058755, last known business address in Akron, Ohio, be, and hereby is, terminated.

{¶ 3} IT IS FURTHER ORDERED, *sua sponte*, by the court, that within ninety days of the date of this order, respondent shall reimburse any amounts that have been awarded against the respondent by the Clients' Security Fund pursuant to Gov.Bar R. VIII(7)(F). It is further ordered, *sua sponte*, by the court that if, after the date of this order, the Clients' Security Fund awards any amount against the respondent pursuant to Gov.Bar R. VIII(7)(F), the respondent shall reimburse that amount to the Clients' Security Fund within ninety days of the notice of such award.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Akron Bar Assn. v. Coombs* (1999), 85 Ohio St.3d 391, 709 N.E.2d 108.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____